# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2541 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 56 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 25619 |
| | : | |
| DOMINIC A. PENNA, | : | (Montgomery County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of March, 2019, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Dominic A. Penna is suspended on consent from the Bar of this Commonwealth for a period of five years. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).